# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

March 25, 2025

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

      Re: Uber Technologies, Inc., a Delaware Corporation, et al.
           v. Amie Drammeh, et al.
           No. 24-1020
           (Your No. 22-36038; 22-16562)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 21, 2025 and placed on the docket March 25, 2025 as No. 24-1020.

Sincerely,

**Scott S. Harris**, Clerk

by

Rashonda Garner
Case Analyst